ATTORNEY GRIEVANCE COMMISSION
   OF MARYLAND

          Petitioner

v.

JOHN DOUGLAS SHIN

          Respondent

\*    **In the**

\*    **Court of Appeals**

\*    **of Maryland**

\*    **Misc. Docket AG**

\*    **No. 54**

\*    **September Term, 2018**

## O R D E R

Upon the consideration of the Joint Petition for Reprimand by Consent filed by the Attorney Grievance Commission of Maryland and the Respondent, John Douglas Shin and the record herein, it is this 23rd day of January, 2019,

**ORDERED**, by the Court of Appeals of Maryland, that the Respondent, John Douglas Shin, be and hereby is REPRIMANDED for violating Rules 1.1, 1.3 and 5.3 of the Maryland Lawyers' Rules of Professional Conduct.

**ORDERED**, that the Clerk of this Court shall enter a judgment for costs in favor of the Petitioner and against the Respondent in the amount of Three Hundred Sixty-Four Dollars and 60/100 ($364.60).

/s/ Clayton Greene Jr.
Senior Judge

Pursuant to Maryland Uniform Electronic Legal
Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Suzanne C. Johnson, Clerk